DAVID M. MOECK, Esq. - #201341
QUINLAN, KERSHAW & FANUCCHI
2125 Merced Street
Fresno, California  93721
Telephone: (559) 268-8771
Facsimile: (559) 268-5701

Attorneys for Plaintiff, Martha Sanchez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA SANCHEZ,<br><br>        Plaintiff,<br><br>v.<br><br>DAL-TILE SERVICES, INC.,<br>DAL-TILE DISTRIBUTION, INC.,<br>DOES 1-10, Inclusive,<br><br>        Defendants, | Case No. 2:17-cv-02241-MCE-CMK<br><br>STIPULATION FOR DISMISSAL OF DEFENDANTS, DAL-TILE SERVICES, INC., DAL-TILE DISTRIBUTION, INC.; ORDER<br><br>Complaint Filed:  2/14/17 |

      Pursuant to the Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that all claims by Plaintiff, Martha Sanchez against Defendants, Dal-Tile Services, Inc. and Dal-Tile Distribution, Inc., as alleged in the Complaint be dismissed with prejudice.   All parties to bear their/its own attorney=s fees and costs.

      IT IS SO STIPULATED.

      Dated:   July 26, 2018.              Quinlan, Kershaw & Fanucchi, LLP

                                          By    */s/ David Moeck*

                                              David M. Moeck, Esq.
                                              Attorneys for Plaintiff,
                                              Martha Sanchez

///

Dated: July 26, 2018.  Shook, Hardy & Bacon L.L.P.

By  */s/ Gabriel Spooner*
Gabriel S. Spooner, Esq.
Attorneys for Defendants,
Dal-Tile Services, Inc. and Dal-Tile
Distribution, Inc.

**ORDER**

The above Stipulation is APPROVED, and all claims by Plaintiff, Martha Sanchez against Defendants, Dal-Tile Services, Inc. and Dal-Tile Distribution, Inc., in the Complaint are hereby DISMISSED WITH PREJUDICE, all parties to bear their/its own attorney=s fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE